THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ABDUL G. MALIK,

                Plaintiff,

    v.

UNIFUND CCR PARTNERS and
SUTTELL & ASSOCIATES, P.S.,

                Defendants.

No.   C09-1389 MJP

STIPULATION FOR DISMISSAL
WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Abdul G. Malik and Defendants Unifund CCR

Partners and Suttell & Associates, P.S. stipulate and agree that the above case should be

dismissed with prejudice as the parties have reached a settlement.  The parties further stipulate

that each party shall bear its own attorneys' fees and costs.

DATED this 19th day of March, 2010.

**PERKINS COIE LLP**

By:   Nicholas A. Manheim, WSBA #39858
        NManheim@perkinscoie.com
        James F. Williams, WSBA #23613
        JWilliams@perkinscoie.com
ATTORNEYS FOR PLAINTIFF

STIPULATION FOR DISMISSAL – 1
Case No. C09-1389 MJP

71793-0001/LEGAL17898254.1

Case No. C09-1389 MJP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

**DINSMORE & SHOHL, LLP**

By:    Alan H. Abes, *pro hac vice*
       alan.abes@dinslaw.com

**DAVIS WRIGHT TREMAINE**

By:    Bradley L. Fisher, WSBA #19895
       bradfisher@dwt.com
ATTORNEYS FOR DEFENDANT
  UNIFUND CCR PARTNERS

**FORSBERG & UMLAUF**

By:    Jeffrey T. Kestle, WSBA #29648
       jkestle@forsberg-umlauf.com
       John F. Jenkel, WSBA #16085
       jjenkel@forsberg-umlauf.com.com
ATTORNEYS FOR DEFENDANT
  SUTTELL & ASSOCIATES, P.S.

STIPULATION FOR DISMISSAL – 2
Case No. C09-1389 MJP

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

71793-0001/LEGAL17898254.1